UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MICHAEL RG VOSBURG,

    Plaintiff,

v.                                        Case No.  5:24-cv-53-MCR/MJF

LT. JOHNSON, *et al.*,

    Defendants.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on June 21, 2024, ECF No. 8. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     This action is dismissed without prejudice for failure to comply with two court orders, failure to pay the filing fee, and failure to prosecute.

3.  The clerk of the court shall close the case file.

**DONE AND ORDERED** this 25th day of October 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**